UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS K. CULLERTON,

      Plaintiff,

v.                                     CASE NO. 3:26-cv-1749-WWB-SJH

BOARD OF TRUSTEES OF THE
FLORIDA SCHOOL FOR THE DEAF
AND THE BLIND,

      Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Permission to File Electronically ("Motion"). Doc. 3.

The Motion does not assert a basis supplying good cause out of the ordinary for such requested relief. *See Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024) ("'Absent a court order, a pro se litigant is not permitted to file documents in CM/ECF.' Such an order is generally unavailable in this district unless 'the pro se party makes a showing of good cause or extenuating circumstances justifying such relief.'") (citations omitted); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011);[1] *Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025);

---

[1] Unpublished opinions are not binding precedent; however, they may be cited when persuasive on a particular point. *See United States v. Futrell*, 209 F.3d 1286, 1289-90 (11th Cir. 2000); 11th Cir. R. 36-2.

*Rothschild v. Anywhere Advisors LLC*, No. 2:24-cv-304-SPC-KCD, 2024 WL 2749245, at *1 (M.D. Fla. May 29, 2024). Accordingly, the Motion is **denied**.

Plaintiff shall ensure that future filings comply with the Federal Rules of Civil Procedure, the Local Rules (available at https://www.flmd.uscourts.gov/local-rules), and the Standing Orders of the presiding District Judge (available at https://www.flmd.uscourts.gov/judges/wendy-berger).

**DONE AND ORDERED** in Jacksonville, Florida, on July 10, 2026

 

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Plaintiff

2